# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0389. MARTIN CANTY v. THE STATE

In 2008, Martin Canty was convicted of child molestation and aggravated sexual battery, and we affirmed his convictions on appeal. *Canty v. State*, 318 Ga. App. 13 (733 SE2d 64) (2012). On April 30, 2024, the trial court entered an order partially vacating and amending his sentence. On June 13, 2024, Canty filed this application for discretionary review. We lack jurisdiction.

Based on the limited application materials, it appears that Canty may have had a right of direct appeal here, as no provision of OCGA § 5-6-35 applies. Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d), (j). This filing deadline is jurisdictional, and this Court must dismiss an untimely application. See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012). Because Canty filed this application 44 days after entry of the order he seeks to appeal, it is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/09/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*